IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| --- | --- | --- |
| | : | |
| **JOHN R. GUSS** | : | Case No.   **23-21210-CMB** |
| | : | |
| Debtor | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 |
| --- | --- | --- | --- | --- | --- | --- |
| Business Income | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| Total Income | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |

DATED:     7/9/2023

/s/ Michael S. Geisler

_____

**MICHAEL S. GEISLER, ESQUIRE**

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net