IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **John R. Guss** | : : : : : | Bankruptcy No. **23-21210** |
| | | Chapter **13** |
| Debtor | : : : | |
| | | Related to Document No. |
| **John R. Guss** | : : | |
| Movant | : : : : : : | |
| v. | : : | |
| No Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Michael S. Geisler, Esquire**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Michael S. Geisler, Esquire**
 Signature
**Michael S. Geisler, Esquire**
Typed Name
**Attorney-at-Law**
**1100 Penn Center Blvd., #704**
**Pittsburgh, PA 15235**
Address
**(412) 613-2133 Fax:(412) 774-0575**
Phone No.
**Pa I.D. No. 39414 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Bprough of Sewickley
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Chase
700 Kansas Lane
Monroe, LA 71203

Duquesne Light Company
c/o Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
601 Grant St 9th Floor
Pittsburgh, PA 15219-1900

Geraldine M. Linn, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Peoples Natural Gas Company, LLC.
c/o Jeffrey R. Hunt, Esquire
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219

Quantum3 Group, LLC.
as agent for CF Medical, LLC.
P.O. Box 788
Kirkland, WA 98083-0788

Roundpoint Mortgage Servicing, Inc.
P.O. Box 19409
Charlotte, NC 28219-9409

Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161

Sewickley Water Authority
900 Ohio River Blvd.
Sewickley, PA 15143

```
Verizon
by American Infosource, LP as agent
P.O. Box 4457
Houston, TX 77210-4457

Waste Management
P.O. Box 13577
Philadelphia, PA 19101-3577
```